John Buckley, Respondent, v. The New York Homeopathic Medical College and Flower Hospital, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Arthur Weed, as Executor, etc., Appellant, v. William D. Dickey and Others, as Commissioners, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

The Tax Lien Company of New York, Respondent, v. Mary E. Bird, Appellant.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Joseph Hossner, on Behalf of Himself, etc., Appellant, v. Rhinestone Products Company and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

In the Matter of The Equitable Trust Company of New York, as Executor, etc., of Josephine B. Chambers, Deceased, Appellant. Mortimer M. Singer, as General Guardian, etc., Respondent.— Decree reversed on authority of *Matter of Osborne* (209 N. Y. 450), and proceedings remitted to surrogate for final decree in accordance with that opinion, with costs to appellant payable out of the estate. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

In the Matter of the Appraisal under the Transfer Tax Law of the Estate of Harry M. Francis, Deceased. Comptroller of the State of New York, Appellant; Mary B. Francis, Respondent.— Order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Margaret Hall, Respondent, v. Moore Realty Company, Appellant, Impleaded, etc.— Judgment modified by reducing the amount adjudged to be due to the plaintiff by the sum of $408, and as so modified affirmed, without costs. No opinion. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Charles F. Bishop, Respondent, v. William B. Lewis, Appellant, Impleaded, etc.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Scott and Dowling, JJ.

Arthur Guy, as Administrator, etc., Respondent, v. M. Reid & Company and Joseph A. Reid, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.; Ingraham, P. J., and Scott, J., dissented as to M. Reid & Company.

Ida Herz, Respondent, v. Aaron Goodman, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.